NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MELVIN TOOMER,                          )
                                        )
              Appellant,                )
                                        )
v.                                      )      Case No.  2D17-3594
                                        )
STATE OF FLORIDA,                       )
                                        )
              Appellee.                 )
_____ )

Opinion filed February 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County; Susan G. Barthle, Judge.

Melvin Toomer, pro se.


PER CURIAM.


                    Affirmed.



NORTHCUTT, CRENSHAW, and ROTHSTEIN-YOUAKIM, JJ., Concur.